1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY C. MYER and JOHN E.
GRISWOLD,

                Plaintiffs,

      v.

NITETRAIN COACH COMPANY, INC. And
NASHVILLE COACH, INC.,

             Defendants.

CASE NO. C06-804C

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

      This matter comes before the Court on Plaintiffs' request (Dkt. No. 25).  Because the scheduling

conference in this matter already has occurred, the parties who have not yet conferred pursuant to

Federal Rule of Civil Procedure 26(f) are hereby ORDERED to do so immediately.  Further, any

outstanding Rule 26(a)(1) initial disclosures are due by Friday December 1, 2006.  Such disclosures shall

be served on the parties but not on this Court's electronic docket.

      DATED this 20th day of November, 2006.

                    BRUCE RIFKIN, Clerk of Court

                    By   */s/ C. Ledesma*
                        Deputy Clerk

MINUTE ORDER – 1